Entered: September 29, 2023
Signed:  September 29, 2023

**SO ORDERED**



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   22–14590 – DER     Chapter:   7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Pivec Mechanical, LLC
*debtor has no known aliases*
100 Sparks Valley Road
Suite D
Sparks, MD 21152

Social Security No.:

Employer's Tax I.D. No.:   82–1880923

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 8/22/22.

The estate of the above−named debtor has been fully administered.

ORDERED, that Morgan W. Fisher is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

fnldec – *KizzyFraser*